UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No._____–Civ–_____/_____

RAYMOND PRICE,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

_____/

## COMPLAINT

Plaintiff, RAYMOND PRICE, sues Defendant, CARNIVAL CORPORATION, and alleges:

### A. Summary of Case

1. This is a personal-injury/negligence case brought by a cruise-ship passenger against a cruise line.

### B. Basis for Jurisdiction and Venue

2. This case falls within the Court's maritime jurisdiction.

3. The passenger ticket that the Defendant sold the Plaintiff contains a forum-selection clause that says that actions such as this may be filed only in Miami in the United States District Court for the Southern District of Florida.

### C. One Count of Negligence

4. On or about October 16, 2019, the Plaintiff was a fare-paying passenger on the *Carnival Paradise,* a cruise ship owned and operated by the Defendant.

5. At that time and place, the Defendant owed the Plaintiff a duty of reasonable care

under the circumstances.

6. At that time and place, on or around deck 9, the Defendant breached its duty of care toward the Plaintiff by positioning a row of lounge chairs in such a way that the chairs became tripping hazards.

7. The Defendant knew about this hazard or the hazard had existed for a sufficient length of time that the Defendant should have known about it or this type of hazard occurred with regularity and was therefore foreseeable.

8. As a result of the Defendant's negligent placement of the chairs, the Plaintiff tripped on one of the chairs.

9. When he fell, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer these losses in the future.

10. The Plaintiff has performed all conditions precedent to be performed by him, or the conditions have occurred.

Therefore, the Plaintiff demands judgment for money-damages against the Defendant.

### D. Request for Jury Trial

The Plaintiff demands a jury trial. As to those issues that are not triable by a jury (if any), the Plaintiff respectfully requests a jury trial under Rule 39 of the Federal Rules of Civil Procedure.

Dated: June 24, 2020                             Respectfully submitted,

                                                 David W. Singer (Florida Bar No. 306215)
                                                 dsingeresq@aol.com

        pwalsh@1800askfree.com
David W. Singer & Associates, PA
1011 South Federal Highway
Hollywood, FL  33020
T: (954) 920-1571
Attorneys for the Plaintiff, Raymond Price